### SHAFER ELECTRIC & CONSTRUCTION, Respondent

v.

### Raymond MANTIA and Donna Mantia, Husband and Wife, Petitioners.

Supreme Court of Pennsylvania.

Oct. 29, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of October, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issues are:

(1) Whether the Home Improvement Consumer Protection Act, 73 Pa. Stat. §§ 517.1–517.18, bars a contractor from recovery under a theory of *quantum meruit* in the absence of a valid and enforceable home improvement contract under the Act[.]

---

**2.** Given my disposition of Appellants' first two issues, I need not address their third issue.

(2) Whether the decisions of the Superior Court of Pennsylvania in *Shafer Electric & Construction v. Mantia,* [67 A.3d 8] (Pa.Super.Ct.2013), and *Durst v. Milroy,* 52 A.3d 357, 2012 PA Super 179 (Pa.Super.Ct.2012), conflict with the Home Improvement Consumer Protection Act, 73 Pa. Stat. §§ 517.7(a) and (g), and should be overturned by this Court[.]